# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

161549

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

BRETT MARSHALL,
     Defendant-Appellee.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161549
COA: 345872
Jackson CC: 11-004341-FC

_____/

     On order of the Court, the application for leave to appeal the April 23, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by the Court.





     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020

t1021

Clerk